IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>THE STATE OF COLORADO,<br>THE STATE OF FLORIDA DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION,<br>THE STATE OF ILLINOIS,<br>THE STATE OF INDIANA,<br>THE STATE OF MARYLAND,<br>THE STATE OF NEVADA,<br>and COMMONWEALTH OF VIRGINIA,<br><br>        Plaintiffs,<br>v.<br><br>THE RYLAND GROUP, INC.<br> d/b/a RYLAND HOMES,<br><br>        Defendant. | Civil Action No. 3:11-cv-00499 |

**ORDER TO TERMINATE CONSENT DECREE**

This matter having been raised before the Court on the Defendant's, The Ryland Group, Inc.'s ("Ryland") Motion to Terminate Consent Decree entered by this Court on July 23, 2012, and the Court having considered the Memorandum in Support and Certification of Marc I. Spencer that support the Motion, and the Court having been informed that the Federal Plaintiff and State Plaintiffs do not oppose the Motion to Terminate the Consent Decree or this Court's issuance of an Order terminating the Consent Decree, and given the Consent Decree's Paragraph 73.b.(iii) provision that the Order's effective date coincide with the Motion's filing date,

IT IS HEREBY SO ORDERED that the Consent Decree is hereby terminated effective September 9, 2015.

1

Signed: September 11, 2015

Graham C. Mullen
United States District Judge